**Patricia BARNES, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner, Social Security Administration, Defendant–Appellee.**

**No. 13–3103.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 3, 2014.

Filed: Nov. 19, 2014.

Patricia Barnes, Pine Bluff, AR, pro se.

Stuart Lipke, Assistant Regional Counsel, Michael Mcgaughran, Melinda New-

man, Social Security Administration Office of General Counsel Region VI, Dallas, TX, Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Patricia Barnes appeals from the order of the District Court[1] affirming the denial of disability insurance benefits and supplemental security income. For reversal, Barnes argues that the administrative law judge (ALJ) failed to adequately inform her of her right to counsel, to develop the record as to her mental impairments, to assess her credibility properly, and to include all of her limitations in questioning the vocational expert. She also argues that new evidence warrants a remand. Because we conclude that the ALJ's determination is supported by substantial evidence on the record as a whole and that Barnes's arguments are either waived or do not support reversal, we affirm the District Court's judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.